In the Matter of the Claim of VERDIA MARSHALL et al., Respondents, against OSWEGO COUNTY COUNCIL BOY SCOUTS OF AMERICA et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.